UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROGER DOWN, et al.,**

    **Plaintiffs,**

v.                                             Case No: 8:24-CV-02493-WFJ-AAS

**ROBERT RAY HOLCOMB, et al.**

    **Defendants.**

_____/

## ORDER

Attorneys Jessica S. Mazariego, Jacob A. Guariglia, and Jimerson Birr P.A. (collectively, defense counsel) request to withdraw as counsel for Defendants Robert Ray Holcomb, Ellen Sue Holcomb, Holcomb Power, LLC, and Holcomb Energy Systems, LLC (collectively, the defendants). (Doc. 47). This request is opposed by the defendants and the plaintiffs' counsel. (Docs. 45, 49).

Defense counsel represents that "irreconcilable differences" have arisen, making it impossible for defense counsel to effectively further represent the defendants here. (Doc. 47, p. 1). The Local Rules for the Middle District of Florida state, "[i]f a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action." Local Rule 2.02(c), M.D. Fla. The court is afforded discretion to grant an attorney's motion to withdraw in some cases.

*Patnaude v. Sears Pest Control, Inc.*, No. 08-61980-CIV-ZLOCH/ROSENBAUM, 2009 WL 10667065, at *2 (S.D. Fla. May 13, 2009). "Before granting an attorney's motion to withdraw, however, 'it is incumbent on the court to assure that the prosecution of the lawsuit before it is not disrupted by the withdrawal of counsel, and that the withdrawal of counsel is for good cause.'" *Id.* (quoting *Mekdeci v. Merrell Nat'l Laboratories*, 711 F.2d 1510, 1521–22 (11th Cir. 1983)).

Defense counsel failed to demonstrate good cause for withdrawal. The motion merely states that counsel cannot continue to represent the defendants adequately but proffers no additional information. *See Innovative Genetics, LLC v. Flavocure Biotech, LLC*, No. 21-21457-CV, 2023 WL 2991896, at *1 (S.D. Fla. Mar. 10, 2023) ("Plaintiff's Counsel state that 'irreconcilable differences' arose between them and Plaintiff without providing any additional details. Accordingly, Plaintiff's Counsel has failed to demonstrate good cause for their requested withdrawal."). In addition, defense counsel states that withdrawal would not prejudice any party but offers no support for that assertion. Further, because Holcomb Power, LLC, and Holcomb Energy Systems, LLC are limited liability companies, they must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Accordingly, upon review of the motion, the record, and applicable law, it is **ORDERED** that defense counsel's motion to withdraw (Doc. 47) is

**DENIED without prejudice**. The defendants' motion to oppose the withdrawal of counsel (Doc. 45) is moot.

**ENTERED** in Tampa, Florida, on June 5, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge