UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROGER DOWN, et al.,

    Plaintiffs,

v.                                      Case No. 8:24-cv-2493-WFJ-AAS

ROBERT RAY HOLCOMB, et al.

    Defendants.
_____/

## ORDER

Plaintiffs Roger Down, Elizabeth Robinson, the RHL Down Superannuation Fund, the Tukibek Superannuation Fund, and Timtash Pty. Ltd. (collectively, the plaintiffs), requests an order compelling Defendants Robert Ray Holcomb, Ellen Sue Holcomb, Holcomb Power, LLC, and Holcomb Energy Systems, LLC (collectively, the defendants) to provide responsive documents and adequate responses to the plaintiffs' first set of discovery requests propounded on January 10, 2025. (Doc. 43-1). In its response to the motion, the defendants do not object. Instead, the defendants state that they served the plaintiffs with their discovery responses on May 13, 2025. (Doc. 46). The plaintiffs replied in opposition to the defendants' response because "[the d]efendants' written responses consisted primarily of impermissible boilerplate objections, and [the d]efendants refused to produce a single

1

document."[1] (Doc. 52).

Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure allows a party to move for an order compelling discovery if another party fails to respond to interrogatories submitted under Rule 33 or to a document request submitted under Rule 34. Given the defendants' failure to provide adequate discovery response, the plaintiffs' motion to compel (Doc. 26) is **GRANTED**.

(1) By **July 30, 2025**, the defendants must provide responsive documents and adequate responses to the plaintiffs' first set of discovery requests.

(2) Because of the procedural posture of this case, sanctions are not warranted.[2]

**ORDERED** in Tampa, Florida, on July 2, 2025.

_AMANDA ARNOLD SANSONE_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] The defendants produced two PDFs that consisted of 3,532 scanned pages of emails and attachments. However, these documents were related to a different matter, specifically *Kelmar Realty Holdings, LLC v. Holcomb Energy Sys., LLC*, Sarasota County Circuit Court, Case No. 2023 CA 004728. (Doc. 52, pp. 2-3).

[2] On May 14, 2025, the defendants' counsel moved to withdraw from the representation of the defendants. (Doc. 47). The court denied without prejudice defense counsel's motion because the motion did not demonstrate the requisite good cause. (Doc. 50). On June 1, 2025, defense counsel renewed its motion, which is currently pending. (Doc. 53).