UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROGER DOWN, et al.,**

    **Plaintiff,**

v.                                  **Case No.: 8:24-cv-2493-WFJ-AAS**

**ROBERT RAY HOLCOMB, et al.,**

    **Defendants.**
_____/

## ORDER

The plaintiff, Roger Down, Elizabeth Robinson, the RHL Down Superannuation Fund, the Tukibek Superannuation Fund, and Timtash Pty. Ltd. (collectively, the plaintiffs), requests that the court award attorney's fees of $12,150.00 and costs of $1,559.96 as a result of Defendants Robert Ray Holcomb, Ellen Sue Holcomb, Holcomb Power, LLC, and Holcomb Energy Systems, LLC's (collectively, the defendants) failure to participate in discovery and comply with discovery orders. (Doc. 75). The defendants did not respond, and the time to do so has expired. *See* Local Rule 3.01(d), M.D. Fla. ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

On November 5, 2025, the court granted the plaintiffs' motion for sanctions in part. (Doc. 72). Specifically, the court awarded the plaintiffs their attorneys' fees and costs against the defendants incurred since July 2, 205,

1

because of the defendants' failure to participate in discovery and comply with discovery orders. (*Id.*).

As to the amount of fees, the Eleventh Circuit applies the lodestar approach. *Mauck v. Publix Super Markets, Inc.*, No. 24-0623, 2024 WL 5125535, at *1 (M.D. Fla. Dec. 16, 2024). "The starting point in fashioning an award of attorney's fees is to multiply the number of hours reasonably expended by a reasonable hourly rate." *Id.* (quoting *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994). The moving party bears the burden of establishing the reasonableness of its hourly rate and the number of hours expended. *Id.* (citing *Norman v. Hous. Auth. of the City Montgomery*, 836 F.2d 1292, 1303 (11th Cir. 1988)). In making fee determinations, the court can rely on its expertise regarding the prevailing hourly rates in the marketplace and the number of hours expended. *Id.* A reasonable hourly rate for an attorney is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Martin v. Sabo*, No. 22-640, 2024 WL 1420471, at *1 (M.D. Fla. Mar. 14, 2024), report and recommendation adopted, No. 22-640, 2024 WL 1417397 (M.D. Fla. Apr. 2, 2024).

Upon review of the declaration of the plaintiffs' counsel and its exhibits, the court finds the billed hourly rate is within the reasonable range of hourly

rates approved by courts within this district in prior cases[1] and that counsel's time expenses are reasonable and necessary. (*See* Doc. 75, Ex. A).

Accordingly, the plaintiffs' motion for attorney's fees and costs incurred as a result of the defendants' failure to participate in discovery and comply with court order (Doc. 75) is **GRANTED**. The plaintiffs are awarded attorney's fees of $12,150.00 and costs of $1,559.96 against the defendants.

**ENTERED** in Tampa, Florida, on January 21, 2026.

*[signature: Amanda Arnold Sansone]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] *See, e.g, Noshirvan v. Couture*, No. 23-1218, 2025 WL 3029604, at *2 (M.D. Fla. Oct. 30, 2025) (approving hourly rates of $600 for attorney with 45 years' experience, $450 for attorney with 14 years' experience, $300 for attorney with 3 years' experience, and $200 for paralegal); *United States ex rel. Simon v. Healthsouth Corp.*, No. 12-236, 2020 WL 7480659, at *2 (M.D. Fla. Mar. 31, 2020) (approving hourly rates for attorneys ranging from ranging from $235 to $550 for fraud case); *Rodriguez v. Fla. Arthritis Ctr., P.L.*, No. 24-230, 2025 WL 2699127, at *1 (M.D. Fla. Sept. 19, 2025), report and recommendation adopted, No. 24-230, 2025 WL 2714080 (M.D. Fla. Sept. 23, 2025) (approving hourly rate of $550 in 2023 and $600 thereafter); *Dixon v. Waste Pro of Fla., Inc.*, No. 22-327, 2022 WL 18587780, at *3 (M.D. Fla. Dec. 16, 2022) (recommending $425 per hour as reasonable attorney's fee), report and recommendation adopted, 2023 WL 1781516 (M.D. Fla. Feb. 6, 2023).